IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HSBC Mortgage Services, Inc., | : | |
| Plaintiff | : | Civil Action 2:07-cv-469 |
| v. | : | Judge Sargus |
| Bradley D. Weaver, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

## Order Bankruptcy Stay

It appearing to the Court that defendants Bradley D. Weaver and Kandi McKenzie have filed a Chapter 7 petition for bankruptcy, Case No. 2:07-bk-55972 (S.D. Ohio, Eastern Division, July 31, 2007), all proceedings in this Court are hereby STAYED pursuant to 11 U.S.C. §362, and the case shall be CLOSED ADMINISTRATIVELY pursuant to the Guide to Judicial Polices and Procedures, Vol. XI, Chapter 5, Appendix A. The Clerk of Court shall terminate all pending motions. The Court will not reopen this action unless and until a party in interest so moves.

**IT IS SO ORDERED.**

8-9-2007
Edmund A. Sargus, Jr.
United States District Judge